IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EMERICO AND GLORIA GARCIA, | § | |
|   Plaintiffs, | § | |
| v. | § | |
| | § | C.A. NO. C-07-359 |
| A. CONTRERAS, ET AL. | § | |
|   Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting defendants' motion for summary judgment and dismissing with prejudice plaintiffs' claims against defendants, judgment is hereby entered that plaintiffs take nothing on their claims against defendants. This is a final judgment.

ORDERED this 20th day of October, 2008.

_____
Janis Graham Jack
United States District Judge